```
 1  KRIS J. KRAUS
    California State Bar No. 233699
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101
    Telephone:    (619) 234-8467
 4  Facsimile:    (619) 687-2666

 5  Attorneys for Mr. Yeroomian
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  08CR1167-BEN |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE TO CONTINUE HEARING |
| GRANT YEROOMIAN, | |
| Defendant. | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus, and Federal Defenders of San Diego, Inc, counsel for Mr. Yeroomian, Bernard Skomal, counsel for Mr. Shanoian, Benjamin Lechman, counsel for Mr. Gevorgyan, along with Assistant United States Attorney Rebecca Kanter that the hearing set for June 2, 2008, at 2:00 p.m. be continued to June 23, 2008, at 2:00 p.m.

Dated: May 22, 2008          /s/ Kris J. Kraus
                             **KRIS J. KRAUS**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Mr. Yeroomian

Dated: May 22, 2008          **/s/ Bernard G Skomal**
                             Bernard G Skomal
                             Attorney for Joseph Shanoian

Dated: May 22, 2008          **/s/ Benjamin P. Lechman**
                             Benjamin P. Lechman
                             Attorney for Kamsar Gevorgyan

Dated: May 22, 2008          /s/ Rebecca Kanter
                             REBECCA KANTER
                             Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Rebecca Kanter**
Assistant United States Attorney
Email: rebecca.kanter@usdoj.gov

**Bernard G Skomal**
Law Offices of Bernard G Skomal
Email: bgskomal@aol.com

**Benjamin P Lechman**
Law Offices of Benjamin P Lechman
Email: benlechman@hotmail.com

**Dated: May 22, 2008**                    /s/ KRIS J. KRAUS
                                           **KRIS J. KRAUS**
                                           Federal Defenders
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail: Kris_Kraus@fd.org