1  BERNARD G. SKOMAL
   Attorney At Law
2  State Bar No. 116239
   1010 Second Ave., Ste. 1850
3  San Diego, CA. 92101
   (619)230-6500
4

5
                    UNITED STATES DISTRICT COURT
6                   SOUTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA   )   Case No.08cr1167-BEN
                              )
9                             )
       Plaintiff,             )
10                            )
    v.                        )   **ACKNOWLEDGMENT OF NEXT COURT DATE**
11                            )
   JOSEPH SHANOIAN,           )
12                            )
       Defendant.             )
13 _____)

14     The undersigned hereby files the acknowledgment of next court

15 date in support of the Joint Motion to Continue.

16

17 Dated: May 29, 2008            /s/ Bernard G. Skomal
                                  Bernard G. Skomal Attorney
18                                for Defendant

CERTIFICATE OF PROCESS

I hereby certify that on May 29, 2008 I electronically filed defendant's acknowledgment of next court date with the Clerk of the Court using the CM/ECF system.  I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Dated: May 29, 2008                    Respectfully submitted,
                                        /s/ Bernard G. Skomal
                                       Bernard G. Skomal
                                       Attorney for Defendant

2