```
1  BERNARD G. SKOMAL
   Attorney At Law
2  State Bar No. 116239
   1010 Second Ave., Ste. 1850
3  San Diego, CA  92101
   (619)230-6500
4
5
                UNITED STATES DISTRICT COURT
6               SOUTHERN DISTRICT OF CALIFORNIA
7
8  UNITED STATES OF AMERICA  )  Case No. 08cr1167-BEN
                             )
9                            )
       Plaintiff,            )
10                           )
    v.                       )  Acknowledgment of Next Court Date
11                           )
   JOSEPH SHANOIAN,          )
12                           )
       Defendant.            )
13 _____)

14
   STATE OF CALIFORNIA  )
15                      ) ss.
   COUNTY OF SAN DIEGO  )
16
17     I, Joseph Shanoian, the defendant in the above entitled case,
18 hereby acknowledge that my next court date to appear in the United
19 States District Court for the Southern District of California is:
20 June 23, 2008 at 2:00 pm.
21     I declare that the foregoing is true and correct.
22
   Dated: May 29, 2008                    [signature]
23                                        Joseph Shanoian
                                          Defendant
24
25
26
```