1  BERNARD G. SKOMAL
   Attorney At Law
2  State Bar No. 116239
   1010 Second Ave., Ste. 1850
3  San Diego, CA. 92101
   (619)230-6500
4

5
                       UNITED STATES DISTRICT COURT
6                      SOUTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA   )   Case No.08cr1167-BEN
                              )
9                             )
        Plaintiff,            )
10                            )
     v.                       )   **JOINT MOTION TO CONTINUE**
11                            )
   JOSEPH SHANONIAN,          )
12                            )
        Defendant.            )
13 _____)

14      The undersigned hereby stipulate and agree that the bail

15 status hearing set for June 24, 2008 at 9:30 a.m. before Mag.

16 Battaglia be continued to July 22, 2008 at 1: 30 p.m.

17      **IT IS SO STIPULATED.**

18 Dated: June 23, 2008                /s/ Bernard G. Skomal
                                       Bernard G. Skomal Attorney
19                                     for Defendant

20 Dated: June 23, 2008                /s/ Rebecca Kanter
                                       Assistant U.S. Attorney
21

28 CERTIFICATE OF PROCESS

1  I hereby certify that on June 23, 2008 I electronically filed
2  defendant's joint motion to continue with the Clerk of the Court
   using the CM/ECF system. I thereby served the opposing party by e-
3  filing to the Office of the Clerk, which will serve the parties
   listed on the electronic service list for this case.
4
   Dated: June 23, 2008                  Respectfully submitted,
5                                         /s/ Bernard G. Skomal
                                         Bernard G. Skomal
6                                        Attorney for Defendant

2