```
BERNARD G. SKOMAL
Attorney At Law
State Bar No. 116239
1010 Second Ave., Ste. 1850
San Diego, CA  92101
(619) 230-6500
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH SHANOIAN, )<br>)<br>Defendant. )<br>_____) | Case No. 08cr1167-BEN<br><br><br><br>**Acknowledgment of Next Court Date** |

```
STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )
```

I, Joseph Shanoian, the defendant in the above entitled case, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is: July 22, 2008 at 1:30 pm before Mag. Battaglia.

I declare that the foregoing is true and correct.

Dated: 6-23-08

_____
Joseph Shanoian
Defendant