**Certificate of Service:**

I hereby certify that on June 23, 2008 I electronically filed defendant's acknowledgment with the Clerk of the Court using the CM/ECF system.  I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

```
Dated: June 23, 2008              Respectfully submitted,
                                   /s/ Bernard G. Skomal
                                  BERNARD G. SKOMAL
                                  Attorney for Defendant Romero
```