```
 1  BERNARD G. SKOMAL
    Attorney At Law
 2  State Bar No. 116239
    1010 Second Ave., Ste. 1850
 3  San Diego, CA. 92101
    (619)230-6500
 4

 5
                    UNITED STATES DISTRICT COURT
 6                 SOUTHERN DISTRICT OF CALIFORNIA

 7

 8  UNITED STATES OF AMERICA  )   Case No.08cr1167-BEN
                              )
 9                            )
         Plaintiff,           )
10                            )
       v.                     )   JOINT MOTION TO CONTINUE
11                            )
    JOSEPH SHANONIAN,         )
12                            )
         Defendant.           )
13  _____)

14       The undersigned hereby stipulate and agree that the bail

15  status hearing set for July 22, 2008 at 1:30 p.m. before Mag.

16  Battaglia be continued to August 19, 2008 at 1: 30 p.m.

17       IT IS SO STIPULATED.

18  Dated: July 21, 2008            /s/ Bernard G. Skomal
                                    Bernard G. Skomal Attorney
19                                  for Defendant

20  Dated: July 21, 2008            /s/ Rebecca Kanter
                                    Assistant U.S. Attorney
21

...

28  CERTIFICATE OF PROCESS
```

I hereby certify that on July 21, 2008 I electronically filed defendant's joint motion to continue with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Dated: July 21, 2008              Respectfully submitted,
                                   /s/ Bernard G. Skomal
                                  Bernard G. Skomal
                                  Attorney for Defendant