1  BERNARD G. SKOMAL
   Attorney At Law
2  State Bar No. 116239
   1010 Second Ave., Ste. 1850
3  San Diego, CA. 92101
   (619)230-6500
4

5
                     UNITED STATES DISTRICT COURT
6                    SOUTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA    )   Case No.08cr1167-BEN
                               )
9                              )
        Plaintiff,             )
10                             )
     v.                        )   **ACKNOWLEDGMENT OF NEXT COURT DATE**
11                             )
   JOSEPH SHANOIAN,            )
12                             )
        Defendant.             )
13  _____)

14      The undersigned hereby files the acknowledgment of next court

15 date in support of the Joint Motion to Continue.

16

17 Dated: July 22, 2008              /s/ Bernard G. Skomal
                                     Bernard G. Skomal Attorney
18                                   for Defendant

CERTIFICATE OF PROCESS

I hereby certify that on July 22, 2008 I electronically filed defendant's acknowledgment of next court date with the Clerk of the Court using the CM/ECF system.  I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Dated: July 22, 2008                    Respectfully submitted,
                                         /s/ Bernard G. Skomal
                                        Bernard G. Skomal
                                        Attorney for Defendant