UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.08cr1167-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO CONTINUE** |
| | ) | |
| JOSEPH SHANONIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the bail status date of July 22, 2008 be continued to *August 19, 2008 at 1:30 p.m.*

**IT IS SO ORDERED.**

DATED: July 22, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court