```
 1  BERNARD G. SKOMAL
    Attorney At Law
 2  State Bar No. 116239
    1010 Second Ave., Ste. 1850
 3  San Diego, CA. 92101
    (619)230-6500
 4

 5
                        UNITED STATES DISTRICT COURT
 6                     SOUTHERN DISTRICT OF CALIFORNIA

 7

 8  UNITED STATES OF AMERICA   )   Case No.08cr1167-BEN
                               )
 9                             )
        Plaintiff,             )
10                             )
      v.                       )   ACKNOWLEDGMENT OF NEXT COURT DATE
11                             )
    JOSEPH SHANOIAN,           )
12                             )
        Defendant.             )
13  _____)

14      The undersigned hereby files the acknowledgment of next court

15  date in support of the Joint Motion to Continue.

16

17  Dated: July 25, 2008              /s/ Bernard G. Skomal
                                      Bernard G. Skomal Attorney
18                                    for Defendant
```

CERTIFICATE OF PROCESS

I hereby certify that on July 25, 2008 I electronically filed defendant's acknowledgment of next court date with the Clerk of the Court using the CM/ECF system.  I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Dated: July 25, 2008                    Respectfully submitted,
                                         /s/ Bernard G. Skomal
                                        Bernard G. Skomal
                                        Attorney for Defendant

2