BERNARD G. SKOMAL
Attorney At Law
State Bar No. 116239
1010 Second Ave., Ste. 1850
San Diego, CA. 92101
(619)230-6500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08cr1167-BEN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT MOTION TO RELEASE PASSPORT** |
| ) | |
| JOSEPH SHANONIAN, ) | |
| ) | |
| Defendant. ) | |

The undersigned hereby stipulate and agree that the Court order Pretrial Services to release Mr. Shanonian's passport to him since the above entitled case against him has been dismissed.

**IT IS SO STIPULATED.**

Dated: Aug. 15, 2008          /s/ Bernard G. Skomal
                              Bernard G. Skomal Attorney
                              for Defendant

Dated: Aug. 15, 2008          /s/ Rebecca Kanter
                              Assistant U.S. Attorney

CERTIFICATE OF PROCESS

I hereby certify that on Aug. 15, 2008 I electronically filed defendant's joint motion to release passport with the Clerk of the Court using the CM/ECF system.  I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Dated: Aug. 15, 2008                    Respectfully submitted,
                                         /s/ Bernard G. Skomal
                                        Bernard G. Skomal
                                        Attorney for Defendant