UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08cr1167-BEN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TO RELEASE PASSPORT** |
| ) | |
| JOSEPH SHANONIAN, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that Pretrial Services release to Mr. Shanonian his passport which was surrendered as a condition of his pretrial release.

**IT IS SO ORDERED.**

DATED: August 18, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court